# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
KARLON KIDDER, BAR NO. 11622.

No. 68964

FILED

JAN 0 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER APPROVING CONDITIONAL GUILTY PLEA AGREEMENT*

This is an automatic review of a Northern Nevada Disciplinary Board hearing panel's recommendation that this court approve, pursuant to SCR 113, a conditional guilty plea agreement in exchange for a stated form of discipline for attorney Karlon Kidder. Under the agreement, Kidder admitted to violations of RPC 1.5 (fees), RPC 1.7 (conflict of interest: current clients), RPC 3.3 (candor toward the tribunal), RPC 3.4 (fairness to opposing party and counsel), RPC 5.3 (responsibilities regarding nonlawyer assistants), RPC 5.5 (unauthorized practice of law), and RPC 8.4 (misconduct).

The agreement provides for a one-year suspension with the last nine months stayed, subject to the following conditions: (1) Kidder shall execute and comply with the mentoring agreement, which shall be in effect for two years; and (2) he shall not make any appearance in any federal court for six months after approval of the suspension by the Nevada Supreme Court. Further, Kidder shall pay $750 to the State Bar for the costs of the disciplinary proceeding.

Based on our review of the record, we conclude that the guilty plea agreement should be approved. *See* SCR 113(1). We hereby impose a one-year suspension with the last nine months of the suspension stayed.

16-00524

Additionally, Kidder must comply with all of the conditions in the plea agreement, as outlined above. Kidder and the State Bar shall comply with the applicable provisions of SCR 121.1 and SCR 115 and 116, if necessary.

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cherry

_____, J.
Gibbons

_____, J.
Pickering

DOUGLAS and SAITTA, JJ., dissenting:

We would reject the conditional guilty plea agreement because the agreed-upon discipline is not sufficient.

_____, J.
Douglas

_____, J.
Saitta

cc:    Chair, Northern Nevada Disciplinary Panel
       C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
       The Kidder Law Group, Ltd.
       Kimberly K. Farmer, Executive Director, State Bar of Nevada
       Perry Thompson, Admissions Office, United States Supreme Court

